UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　*Plaintiff*<br><br>v.<br><br>RUTHIA HE, A/K/A RUJIA HE, and DAVID BRODY<br>　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Misc. Action No.:<br>1:25-mc-01464-RP |

## NON-PARTY THE TEXAS STATE BOARD OF PHARMACY'S ADVISORY TO THE COURT

Nonparty, the Texas State Board of Pharmacy (TSBP), respectfully submits this advisory as a follow-up to its Motion to Quash filed in this Court on September 10 in the above-referenced matter. Because the TSBP maintains its principal offices in Austin, this Court is ordinarily the proper forum for such a filing under Rule 45 of the Federal Rules of Civil Procedure.

The subpoena at issue, however, was issued pursuant to Rule 17 of the Federal Rules of Criminal Procedure. Defendant's counsel asserts that only the issuing court has authority to rule on a Rule 17 subpoena and, accordingly, has filed a Motion to Compel in the United States

1

District Court for the Northern District of California. That motion has been set for hearing on October 1, 2025, before the Honorable Judge Charles Breyer.

The TSBP's counsel is preparing to appear at the October 1 hearing on the Motion to Compel. Given the limited number of OAG attorneys admitted to appear in the Northern District of California, it is foreseeable that additional expenses could be incurred to engage local counsel admitted in that court. This advisory is respectfully submitted to apprise this Court of these developments and to allow the Court to take any action it deems appropriate before that hearing to avoid inconsistent or duplicative orders.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

*/S/ KEEGAN HOWE*
Texas State Bar No. 24143028
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ADMINISTRATIVE LAW DIVISION
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4195
keegan.howe@oag.texas.gov
***Counsel for Non-party, The Texas State Board of Pharmacy***

3