IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| v. § | A-25-MC-1464-RP |
| § | |
| RUTHIA HE A/K/A RUJIA HE AND § | |
| DAVID BRODY, § | |
| Defendants. § | |

## ORDER

Non-Party Movant, Texas State Board of Pharmacy ("TSBP"), informed the Court that Defendants filed a Motion to Compel in the Northern District of California and that Judge Breyer set the motion for a hearing on October 1, 2025. Dkt. 3 at 1-2. Defendants purportedly filed their Motion to Compel in the Northern District of California because they asserted that only the issuing court has authority to rule on a subpoena issued under Rule 17 of the Federal Rules of Criminal Procedure. *Id.*

The Court **ORDERS** TSBP to submit a status report describing the outcome of the hearing before Judge Breyer on October 1, 2025. Defendants shall submit their status report by October 10, 2025 at 12:00 p.m. local time.

SIGNED on October 6, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE