UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　*Plaintiff*<br><br>v.<br><br>RUTHIA HE, A/K/A RUJIA HE, and DAVID BRODY<br>　　*Defendant.* | §§§§§§§§ | Misc. Action No.:<br>1:25-mc-01464-RP |

# NON-PARTY THE TEXAS STATE BOARD OF PHARMACY'S STATUS REPORT

Nonparty, the Texas State Board of Pharmacy (TSBP), submits this status report as ordered by the Honorable Magistrate Judge Mark Lane. The United States District Court for the Northern District of California reset the motion to compel for hearing before the Honorable Judge Charles R. Breyer on October 3, 2025. The hearing was held on October 3, 2025, with counsel for both TSBP and Defendant Ruthia He present. As of the date of this filing, Judge Breyer has taken the matter under advisement and has not yet issued a ruling on the motion.

1

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

*/S/ KEEGAN HOWE*
Texas State Bar No. 24143028
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ADMINISTRATIVE LAW DIVISION
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4195
keegan.howe@oag.texas.gov
***Counsel for Non-party, The Texas State Board of Pharmacy***

2